AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEVADA

DALTON WILSON, et al.

V.

SECRETARY OF UNITED STATES
DEPARTMENT OF THE INTERIOR, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number:     3:07-cv-00612-HDM-RAM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Dismissal in all respects is entered in favor of the Defendants, Secretary, United States Department of the Interior; Director of Bureau of Land Management; State Director of Bureau of Land Management; District Manager of Bureau of Land Management; Resource Area Manage and Assistant Field Manager, Gail Givens, Battle Mountain Bureau of Land Management; Field Manager, Gerald Smith, Battle Mountain Bureau of Land Management and against the Plaintiffs, Dalton Wilson and Don Bowman.**

October 30, 2008
Date

Paris M. Rich
Clerk

/s/ Paris M. Rich
(By) Deputy Clerk