**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DALTON WILSON and DAN BOWMAN, | ) | 3:07-cv-00612-HDM-RAM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SECRETARY, DEPARTMENT OF THE INTERIOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 6, 2011, plaintiff Dalton Wilson filed a motion to vacate judgment pursuant to Federal Rule of Civil Procedure 60(b) (#63). Wilson was not seeking to overturn the judgment of this court. Rather, he was seeking to declare void the administrative decision that was the subject of his complaint in this action. The court denied Wilson's motion on the grounds that Rule 60(b) may not be used to attack the underlying administrative decision (#34). On June 16, 2011, Wilson filed a motion for reconsideration (#35). The motion simply reasserts the arguments set forth in Wilson's May

1

6, 2011, motion, attacking the underlying administrative decision as void.  There is no basis for reconsideration of the court's order denying Wilson's motion.  Accordingly, Wilson's motion for reconsideration (#35) is denied.

   IT IS SO ORDERED.

   DATED: This 20th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

2